IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00375-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD GREEOTT,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL
MONEY JUDGMENT AGAINST DEFENDANT RICHARD GREEOTT**
_____

    This matter comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Richard Greeott [Docket No. 15] pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. The Court has reviewed the pleading and is fully advised in the premises.

    On September 17, 2013, an Information [Docket No. 1] was filed which charged defendant Richard Greeott in Counts One and Two with violations of 18 U.S.C. §§ 371, 1957 and 2(b). The Information also sought forfeiture in the form of a personal money judgment against defendant Richard Greeott, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained by the scheme and by the defendant.

On October 7, 2013, the United States and defendant Richard Greeott entered into a Plea Agreement [Docket No. 12] which provides a factual basis and cause to issue a personal money judgment under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Therefore, it is

**ORDERED** that $4,501,887.07 is subject to forfeiture as proceeds obtained by defendant Richard Greeott through commission of the offenses in Counts One and Two to which he has pled guilty.  It is further

**ORDERED** that a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Richard Greeott, for which defendant Richard Greeott will be held jointly and severally liable with any other person convicted in connection with the conspiracy, in the amount of $4,501,887.07 shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.  It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to Federal Rule of Criminal Procedure 32.2(e)(1).

DATED January 9, 2014.

BY THE COURT:

s/Philip A. Brimmer  
PHILIP A. BRIMMER  
United States District Judge