# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 24, 2015 |
| Court Reporter: Janet Coppock | Time: one hour and 2 minutes |
| Probation Officer: Katrina Devine | Interpreter: n/a |

**CASE NO.  13-CR-00375-PAB**

<u>Parties</u>                                                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**                           Pageen Rhyne

      Plaintiff,

vs.

**RICHARD GREEOTT,**                                              Robert Ingram

      Defendant.

## SENTENCING

**1:35 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond .

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00275-PAB
April 24, 2015

**ORDERED:**  Government's Motion for Variant Sentence, is **GRANTED**.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to U.S.S.G. Section 5K1.1 [Docket No. 26], is **GRANTED**.

Argument by Mr. Ingram in support of the defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Ms. Rhyne and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion for Variant Sentence, is **DENIED**.

Defendant entered his plea on **October 7, 2013** to counts **One and Two of the Information.**

**ORDERED:**  Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **6** months as to counts One and Two, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **an appropriate facility for his security designation in Colorado**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts One and Two, to be served concurrently.

**ORDERED:  Conditions** of Supervised Release that:
  (**X**)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

Page Three
13-CR-00275-PAB
April 24, 2015

- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) If the defendant has an outstanding financial obligation, the Probation Office may share any financial or employment documentation relevant to the defendant with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
- (**X**) The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.
- (**X**) The defendant shall not cause or induce anyone to conduct any financial transaction on his behalf or maintain funds on his behalf.
- (**X**) All employment for the defendant shall be approved in advance by the supervising probation officer and the defendant shall not engage in any business activity unless approved by the probation officer. All approved business activity must operate under a formal, registered entity, and the defendant shall provide the probation officer with the business entities and their registered agents. The defendant shall maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.
- (**X**) The defendant shall maintain separate personal and business finances and shall not comingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.

Page Four
13-CR-00275-PAB
April 24, 2015

(**X**)  The **special assessment and restitution** obligations are due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant shall make **restitution** in the amount of **$2,179,938.76** plus the balance obtained through asset forfeiture proceedings that have not yet been paid to the victims.

**ORDERED:**  Interest on restitution is **WAIVED**.

**ORDERED:**  Defendant may surrender voluntarily as follows: On or before **12:00 p.m., 15 days from designation from the Bureau of Prisons.**

**ORDERED:**  Government's Motion Regarding Acceptance of Responsibility [Docket No. 27], is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED**:  Bond is continued.

**2:37 p.m.     COURT IN RECESS**

**Total in court time:     62 minutes**

**Hearing concluded**