IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 13-cr-00375-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD GREEOTT,

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant RICHARD GREEOTT, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Florence - Medium, Satellite Camp, in Florence, Colorado, on June 1, 2015, by 12:00 noon, and will travel at his own expense.

      DATED May 6, 2015.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge